State v. Brown.

---

THE STATE v. BROWN, *Appellant.*

Division Two, June 8, 1897.

Appellate Practice. There being no bill of exceptions and the record proper containing no error, the judgment of the trial court will be affirmed.

*Appeal from Clinton Circuit Court.*—HON. WILLIAM S. HERNDON, Judge.

AFFIRMED.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

(1) There being no bill of exceptions filed in this case, the indictment being in legal form and the record appearing regular on its face, the judgment of the lower court should be affirmed.

GANTT, P. J.—The defendant was indicted, tried and convicted of sodomy in the circuit court of Clinton county. He was allowed an appeal to this court and time to file a bill of exceptions. He failed to avail himself of the privilege. After the expiration of the time so allowed the transcript of the record proper was duly certified to this court. We discover no error in the indictment, arraignment or record proper. The judgment is affirmed. SHERWOOD and BURGESS, JJ., concur.

